IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:25-mj-00065

KENNETH MCCORD

## MOTION FOR DETENTION HEARING

The United States moves this Court to hold a detention hearing pursuant to 18 U.S.C. § 3142(f) to determine whether any condition or combination of conditions will reasonably assure the appearance of defendant as required and the safety of other persons and of the community.

    1. <u>Eligibility of Case</u>. This case involves a:

      <u> x </u>  crime of violence [18 U.S.C. § 3142(f)(1)(a)]

      <u>    </u>  maximum sentence life imprisonment or death [18 U.S.C. § 3142(f)(1)(B)]

      <u>    </u>  10+ year controlled substance offense [18 U.S.C. § 3142(f)(1)(C)]

      <u>    </u>  felony, with two prior convictions in above categories [18 U.S.C. § 3142(f)(1)(D)]

      <u> x </u>  minor victim, or the possession or use of a firearm or destructive device, or other dangerous weapon, or a failure to register under 18 U.S.C. § 2250 [18 U.S.C. § 3142(f)(1)(E)]

      <u>    </u>  serious risk defendant will flee [18 U.S.C. § 3142(f)(2)(A)]

      <u>    </u>  serious risk of obstruction of justice [18 U.S.C. § 3142(f)(2)(B)]

2. <u>Reason for Detention</u>.  The court should detain defendant because no conditions of release will reasonably assure (check one or both):

    <u> x </u>  Defendant's appearance as required

    <u> x </u>  Safety of any other person and the community

3. <u>Rebuttable Presumption</u>.  The United States will invoke the rebuttable presumption against defendant pursuant to 18 U.S.C. § 3142(e).  (If yes)  The presumption applies because:

    <u>    </u>  Probable cause to believe defendant committed 10+ year controlled substance offense, or offense under 18 U.S.C. § 924(c), 956(a), or 2332b.

    <u>    </u>  Previous conviction for "eligible" offense committed while on pretrial bond.  Eligible offenses are the first five categories listed under Paragraph 1 of this motion.

    <u> x </u>  Probable cause to believe defendant committed an offense involving a minor as a victim under 18 U.S.C. § (1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1)-(3), 2252A(1)-(4), 2260, 2421-23, or 2425).

4. <u>Time for Detention Hearing</u>.  The United States requests the court conduct the detention hearing,

    <u>    </u>  At first appearance

    <u> x </u>  After continuance of <u> 3 </u> days (not more than 3).

5. <u>Temporary Detention</u>.  The United States moves the court to detain the defendant during any continuance and pending completion of the detention hearing.

6. <u>Other Matters</u>.

_____

_____

DATED: March 19, 2025

                        Respectfully submitted,

                        LISA G. JOHNSTON
                        Acting United States Attorney

                By:

                        <u>/s/Jennifer Rada Herrald</u>
                        Jennifer Rada Herrald
                        Assistant United States Attorney
                        WV Bar No. 12181
                        300 Virginia Street, East
                        Room 4000
                        Charleston, WV 25301
                        Telephone: 304-345-2200
                        Fax: 304-347-5104
                        Email: jennifer.herrald@usdoj.gov