# Courtroom Minute Entry

**Room:** Judge Tinsley Charleston  **Case No.:** 2:25-mj-00065  **Type:** Initial Appearance on Complaint
**Caption:** USA v. Kenneth McCord  **Judge:** Judge Tinsley

**Started:** 3/19/2025 2:00:53 PM
**Ends:** 3/19/2025 2:09:07 PM  **Length:** 00:08:15

Judge Dwane L. Tinsley
Courtroom Deputy: Kim Begovich
Defendant: Kenneth McCord
Assistant U.S. Attorney: Jennifer R. Herrald
Assistant Federal Public Defender: David R. Bungard
Probation Officer: Michele Wentz
Court Reporter: CourtSmart

**INITIAL APPEARANCE**

| Time | Event |
|---|---|
| 2:03:10 PM | Judge Dwane L. Tinsley |
| 2:03:18 PM | Case called, noted appearances of counsel, and defendant present in courtroom |
| 2:03:42 PM | Stated rights of defendant and defendant acknowledged these rights |
| 2:04:20 PM | Defendant: Kenneth McCord |
| 2:04:22 PM | Stated personal information |
| 2:04:35 PM | Judge Dwane L. Tinsley |
| 2:04:41 PM | Defendant did not submit application for Court Appointed Counsel |
| 2:05:00 PM | FPD will be present for today |
| 2:05:11 PM | Assistant Federal Public Defender: David R. Bungard |
| 2:05:14 PM | Defendant advised he will retain counsel |
| 2:05:20 PM | Judge Dwane L. Tinsley |
| 2:05:31 PM | Stated additional rights of defendant and defendant acknowledged these rights |
| 2:05:49 PM | Stated violation(s) in charging document and possible penalties |
| 2:06:14 PM | You have the right to a preliminary hearing. |
| 2:06:20 PM | Defendant shall next appear for a preliminary hearing on Monday, March 24, 2025, at 1:30 p.m. |
| 2:06:41 PM | The United States has filed a Motion for Detention Hearing |
| 2:06:52 PM | Detention will be heard at that same time |
| 2:07:10 PM | Due Process Protection Act of 2020 |
| 2:07:56 PM | Ordered the defendant detained and remanded to USMS custody pending the next hearing |
| 2:08:18 PM | Assistant Federal Public Defender: David R. Bungard |
| 2:08:44 PM | Judge Dwane L. Tinsley |
| 2:08:51 PM | Hearing Adjourned |