# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia



| | |
|---|---|
| United States of America<br>v.<br>Kenneth McCord<br><br>*Defendant* | )<br>)  Case No. 2:25-mj-00065<br>)<br>)<br>)<br>) |

FILED
MAR 19 2025
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

REC'D USMS CHARLESTON, WV
MAR 19 2025 AM 11:07

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Kenneth McCord                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 USC § 2252A(a)(2) - Receipt and Attempted Receipt of Child Pornography

Date: March 19, 2025

*Issuing officer's signature*

City and state:  Charleston, West Virginia      Dwane L. Tinsley, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 3/19/25 , and the person was arrested on *(date)* 3/19/25
at *(city and state)*                              .

Date: 3/19/25                               Mark Burnett
*Arresting officer's signature*

Mark Burnett, Special Ast
*Printed name and title*