UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

UNITED STATES OF AMERICA

v.  Case No. 2:25-mj-00065

KENNETH MCCORD

**O R D E R**

On March 19, 2025, the defendant appeared for the purpose of an initial appearance on a criminal complaint filed against him. Jennifer R. Herrald, Assistant United States Attorney, was present for the United States and David R. Bungard, Assistant Federal Public Defender, was present for the defendant. Also present was Michele Wentz, Senior United States Probation Officer.

The defendant was not called upon to plead. The Court informed the defendant of the charge in the complaint, of his right to counsel, and of matters relating to conditions of release. The Court further informed the defendant that he was not required to make a statement and that any statement made by the defendant may be used against him.

The defendant did not submit a financial affidavit prior to the hearing requesting court appointed counsel. However, the Court **ORDERED** that the Office of the Federal Public Defender shall represent the defendant for the purposes of today's hearing only as the defendant did not have representation. The Court instructed the defendant to retain counsel prior to further proceedings in this matter. Retained counsel is to promptly file a Notice of Appearance on behalf of the defendant.

Pursuant to the provisions of Rule 5.1, Federal Rules of Criminal Procedure, it is hereby **ORDERED** that a preliminary hearing in this case is scheduled for ***Monday, March 24, 2025, at 1:30 p.m.*** in Charleston.

Upon consideration of the Motion for Detention Hearing filed by the United States, and pursuant to the provisions of Title 18, United States Code, 3142(f), it is hereby **ORDERED** that the motion is **GRANTED** and the detention hearing shall also take place ***Monday, March 24, 2025, at 1:30 p.m.*** in Charleston.

Accordingly, it is **ORDERED** that the defendant is detained and remanded to the custody of the United States Marshal pending further proceedings in this matter.

The Clerk is directed to provide copies of this Order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshals Service.

**ENTER:**   March 19, 2025

Dwane L. Tinsley
United States Magistrate Judge