IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

**UNITED STATES OF AMERICA,**

**V.**                                            **CRIMINAL ACTION NO. 2:25-mj-00065**

**KENNETH McCORD,**

      **DEFENDANT.**

## MOTION TO CONTINUE PRELIMINARY HEARING

Now comes Defendant Kenneth McCord, by counsel, Timothy J. Lafon, Michael J. Del Giudice and the law firm of Ciccarello, Del Giudice & LaFon and moves this Court to continue the Preliminary Hearing set for March 24, 2025 at 1:30 p.m. In support of this motion, Defendant states as follows:

1. Counsel for the Defendant has just been retained on this very day.

2. A few hours is not sufficient for counsel to be prepared for the Preliminary Hearing.

3. The Defendant understands that his custodial status will not be changed until this hearing is reset.

4. It will cause no prejudice to the Government to continue this hearing until Defense counsel is properly prepared.

THEREFORE, the Defendant moves this Honorable Court to continue the Preliminary Hearing presently set for March 24, 2025, at 1:30 p.m. to a date at least eight (8) to ten (10) days past the presently scheduled Preliminary Hearing. and for such other and further relief as the Court deems appropriate.

**KENNETH McCORD**

**By Counsel,**


/s/ Timothy J. LaFon
Timothy J. LaFon, (WV #2123
Michael J. Del Giudice (WV #982)
1219 Virginia St, East, Suite 100
Charleston, WV 25301
Counsel for Defendant

IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

**UNITED STATES OF AMERICA,**

**V.**                                                                 **CRIMINAL ACTION NO. 2:25-mj-00065**

**KENNETH McCORD,**

    **DEFENDANT.**

## CERTIFICATE OF SERVICE

I, Timothy J. LaFon, do hereby certify that the foregoing **"MOTION TO CONTINUE PRELIMINARY HEARING"** has been served upon all parties via the Court's electronic filing system on the 23rd day of March 2024:

> Jennifer Rada Herrald, Esquire
> Assistant United States Attorney
> 300 Virginia Street East
> Room 4000, United States Courthouse
> Charleston, WV 25301

**CICCARELLO, DEL GIUDICE & LAFON**

By: /s/ Timothy J. LaFon
   Timothy J. LaFon (WV #2123)
   Michael J. Del Giudice (WV #982)
   Attorney for Defendant