UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

UNITED STATES OF AMERICA

v.  Case No.: 2:25-mj-00065

KENNETH MCCORD

**O R D E R**

The Court previously scheduled a preliminary hearing and detention hearing in this matter for *Monday, March 24, 2025, at 1:30 p.m.* in Charleston.

On March 23, 2025, Timothy J. LaFon, counsel for defendant, filed a Motion to Continue Preliminary Hearing [ECF No. 14]. For good cause shown, and there being no objection from the United States, it is hereby **ORDERED** that the Motion is **GRANTED** and the preliminary hearing and detention hearing shall now take place on *Tuesday, April 1, 2025, at 11:00 a.m.* in Charleston.

The Clerk is directed to provide copies of this Order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshals Service.

**ENTER:** March 24, 2025

_____
Dwane L. Tinsley
United States Magistrate Judge